IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 01-cv-02199-MSK-OES

MICHAEL E. CLAWSON, and
JARED L. DILLON,

      Plaintiffs,

v.

MOUNTAIN COAL COMPANY, L.L.C.,
ARCH WESTERN RESOURCES, L.L.C. and
ARCH COAL, INC.,

      Defendants.

___

**ORDER REGARDING MOTION TO SUBSTITUTE REDACTED EXHIBITS**
___

**THIS MATTER** comes before the Court pursuant to the Defendants' Motion to Substitute Redacted Exhibits **(# 348)**.

In exhibits contained within Docket # 347, the Defendants mistakenly filed personal information that must be redacted under this Court's rules. In the instant motion, the Defendants seek to substitute redacted exhibits removing that personal information. However, the instant Motion to Substitute does not seek to re-file the substantive document contained within Docket # 347.

As a technical matter, it is impossible to "substitute" exhibits from one electronically filed document to another. Each electronic filing is a discrete file maintained by the Court, and, unlike

paper documents, cannot be modified in part-- *i.e.* to remove or replace offending exhibits while leaving the substantive content intact. Because it is necessary to strike the unredacted exhibits contained within Docket # 347, the entire docket entry, including the substantive portion, must be stricken. The Defendants' submission of only the accompanying exhibits in the instant motion prevents the Court from striking Docket # 347 in its entirety in favor of Docket # 348, as to do so would leave the exhibits unaccompanied by the substantive content of Docket # 347.

Accordingly, the Defendants' Motion to Substitute **(# 348)** is **DENIED**, in part, and **GRANTED**, in part. **Docket #347** is **STRICKEN,** in its entirety. The Defendants may refile the previously filed substantive pleading with redacted exhibits on or before July 18, 2005.

Dated this 14th day of July, 2005.

**BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
United States District Judge