IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 01-cv-02199-MSK-OES

MICHAEL E. CLAWSON, and
JARED L. DILLON,

      Plaintiffs,

v.

MOUNTAIN COAL COMPANY, L.L.C.,
ARCH WESTERN RESOURCES, L.L.C. and
ARCH COAL, INC.,

      Defendants.

---

## ORDER DENYING MOTION TO PRESENT EVIDENCE BY AFFIDAVIT AT RULE 702 HEARING

---

This matter comes before the Court on the Plaintiff's Motions **( #362 )** and **(# 363 )**

seeking to submit an affidavit in lieu of live testimony or to supplement the testimony of Dr.

Donald Vogenthaler at a Rule 702 hearing scheduled for August 25, 2005.  The Defendants

oppose the request in their Response **(#364)**.

Having reviewed the Motions and Response, the Court finds that no good cause exists for

receiving testimony by affidavit. The Motions suggest that the witness *may not* be present for

the hearing.  If he is present, the proposed affidavit would supplement his testimony.

This hearing has been long set and counsel have been aware of the Court's procedures for

the hearing which requires the presentation of evidence through live testimony.  If the anticipated

witness is unavailable, the Federal Rules of Civil Procedure provide that the testimony can be

preserved by deposition.  If the witness is available, he will testify in person.  The Court has

deferred to the time requested by the parties for the hearing and therefore expects that it will be

sufficient for presentation of the evidence necessary to resolve the discrete issues arising under

F.R.E. 702.

IT IS THEREFORE ORDERED that Plaintiff's Motions **( #362  )** and **(# 363 )** are

**DENIED.**

DATED this 19th day of August, 2005.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge