IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 01-cv-02199-MSK-OES

MICHAEL E. CLAWSON, and
JARED L. DILLON,

    Plaintiffs,

v.

MOUNTAIN COAL COMPANY, L.L.C.,
ARCH WESTERN RESOURCES, L.L.C. a Delaware corporation, and
ARCH COAL, INC., a Delaware corporation,

    Defendants.

---

## ORDER DENYING ACCEPTANCE OF THE AFFIDAVITS OF DR. MELVIN FREDLUND AS EVIDENCE IN OPPOSITION TO DEFENDANTS' *DAUBERT* MOTION

---

THIS MATTER comes before the Court on the Motion to Accept the Affidavits of Dr. Melvin Fredlund as Evidence in Opposition to Defendants' *Daubert* Motion (#365). Having considered the motion, the response and in light of the hearing conducted on August 25, 2005,

Court DENIES the motion.

DATED this 26th day of August, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge