IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-02199-MSK-MEH

MICHAEL E. CLAWSON, and
JARED L. DILLON,

    Plaintiffs,

v.

MOUNTAIN COAL COMPANY, L.L.C.,
ARCH WESTERN RESOURCES, L.L.C. a Delaware corporation, and
ARCH COAL, INC., a Delaware corporation,

    Defendants.

## ORDER GRANTING MOTION TO ACCEPT
## LATE PROPOSED JURY INSTRUCTIONS

THIS MATTER comes before the Court on the Plaintiffs' Motion to Accept Late Proposed Jury Instructions **(#391)**. The motion states that it is opposed.

Trial is scheduled to commence in less than two weeks. The Court previously advised the parties that their proposed jury instructions are treated by the Court as suggestions. At trial, the Court will prepare the set of jury instructions which are ultimately provided to the jury, based upon the applicable law. The parties will have an opportunity to object to any instructions and tender their own at the charging conference.

**IT IS THEREFORE ORDERED** that the Plaintiffs' Motion to Accept Late Proposed Jury Instructions **(#391)** is **GRANTED**.

Dated this 28th day of March, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge