IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-02199-MSK-MEH

MICHAEL E. CLAWSON, and
JARED L. DILLON,

    Plaintiffs,

v.

MOUNTAIN COAL COMPANY, L.L.C.,
ARCH WESTERN RESOURCES, L.L.C. a Delaware corporation, and
ARCH COAL, INC., a Delaware corporation,

    Defendants.

## ORDER DENYING JOINT MOTION REQUESTING THE GIVING OF CERTAIN JURY INSTRUCTIONS AT THE START OF TRIAL

THIS MATTER comes before the Court on the parties' Joint Motion Requesting the Giving of Certain Jury Instructions at the Start of Trial **(#395)**. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

Trial in this matter is scheduled to commence on April 10, 2006. In anticipation of trial, the Court held several final trial preparation conferences in this case. At the first, held May 3, 2005, the parties were not prepared for trial. Such hearing was continued to June 15, 2005; the parties remained unprepared for trial. The hearing was again continued to October 31, 2005. At that final conference, the Court set December 31, 2005 as the deadline for submission of revised jury instructions.

After obtaining leave for an extension, the parties tendered their revised jury instructions in January 2006. Although the jury instructions were jointly submitted, most are not stipulated.

Indeed, the parties were not able to agree upon a statement of the case instruction.

Three business days before trial, the parties now agree that certain instructions should be given to the jury at the beginning of the case. However, they disagree as to the content of the proposed instructions, including a statement of the case instruction.

The motion is untimely. The parties have had ample opportunity to request that specific, agreed-upon instructions be given to the jury at the start of trial but have inexplicably delayed in doing so. Trial will commence at 8:00 a.m. and jury selection will begin at 8:30 a.m. The Court will not inconvenience the jurors in order to resolve disputes between the parties as to the language of jury instructions to be given at the start of the case.

It is this Court's practice to deliver standard, preliminary instructions to the jury at the commencement of trial, including a statement of the case instruction. If the parties are unable to stipulate to the language of a statement of the case instruction, the Court will draft one.

**IT IS THEREFORE ORDERED** that the Joint Motion Requesting the Giving of Certain Jury Instructions at the Start of Trial **(#395)** is **DENIED**. On or before **4:00 p.m. today, April 6, 2006**, the parties shall jointly submit an agreed-upon statement of the case instruction to the chambers e-mail account (krieger_chambers@cod.uscourts.gov), failing which the Court will draft a statement of the case instruction to provide to the jury at the start of trial.

Dated this 6th day of April, 2006

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge