## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: | March 27, 2007 |
| Court Reporter: | Paul Zuckerman | | |

Civil Action No. 01-cv-02199-MSK-MEH

*Parties*:                                                                                    *Counsel*:

MICHAEL E. CLAWSON and                                           Damon Davis
JARED DILLON                                                                John Keith Killian

       Plaintiffs,

v.

MOUNTAIN COAL COMPANY, L.L.C.,                          Jeffrey Johnson
ARCH WESTERN RESOURCES, L.L.C., and            Christina Gomez
ARCH COAL, INC.,

       Defendants.

---

## COURTROOM MINUTES

HEARING:   Evidentiary - size of employer
                       Motion for Sanctions (Doc. #449)

**1:40 pm.**   **Court in session**

Plaintiff's counsel Damon Davis, John Keith Killian and plaintiff, Michael Clawson are present.

Defendant's counsel Jeffrey Johnson, Christina Gomez and company representative Pat Madras are present.

Argument on Plaintiff's Motion for Sanctions.

**ORDER:**   Plaintiff's Motion for Sanctions **(Doc. #449)** is **DENIED.**

Defendant's presentation of evidence.

**Witness sworn for the :Pat Madras :**
 **2:25 p.m.**   Direct Examination by Mr. Johnson.

**EXHIBITS:**   Refused:   1

**2:57 p.m.**   **Court in recess**
**3:21 p.m.**   **Court in session**

Continued direct examination of witness Pat Madras by Mr. Johnson.

**3:36 p.m.**   **Court in recess**
**3:47 p.m.**   **Court in session**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Continued direct examination of witness Pat Madras by Mr. Johnson.

**EXHIBITS:**     **Received:**     **4**, 3, 2, 7, 6, 5

Cross examination of witness Pat Madras by Mr. Killian.

Redirect examination of witness Pat Madras by Mr. Johnson.

Defendant rests.

Plaintiff's presentation of evidence.

**EXHIBITS:**     **Received**     **14 (except for those matters identified)**

No rebuttal presentation of evidence.

Closing argument of defendant.

Closing argument of plaintiff.

No rebuttal argument of defendant.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     The Court concludes that in each of 20 or more calendar weeks in the current or preceding calendar year relative to the discriminatory conduct, the defendants combined had 501 or more employees. Pursuant to 42 U.S.C. Section 1981 a(b)(3) the plaintiff is entitled to the full award of $250,000 in noneconomic damages. The parties have already stipulated as to prejudgment interest. In accordance with the Court's ruling today and the prior rulings of the Court, judgment will enter.

**4:39 p.m.**     **Court in recess.**

**Total Time:   2 hours 21 minutes**
**Trial concluded.**