IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-02199-MSK-MEH

MICHAEL E. CLAWSON,

    Plaintiff,

v.

MOUNTAIN COAL COMPANY, L.L.C.,
ARCH WESTERN RESOURCES, L.L.C. a Delaware corporation, and
ARCH COAL, INC., a Delaware corporation,

    Defendants.

_____

### ORDER DENYING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW
_____

**THIS MATTER** comes before the Court pursuant to the Defendants' Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b) **(# 458)**.

As the motion acknowledges, the issues it re-raises have already been presented to the Court and ruled upon. Assuming that the motion is necessary for the Defendants to preserve certain rights on appeal, it is abundantly clear that the motion raises no new issues or arguments

that have not been previously and conclusively adjudicated by the Court,[1] and that no substantive response from the Plaintiff is necessary. For these reasons, and for the reasons stated by the Court in its Order **(# 447)** of January 24, 2007, the Defendants' Motion is **DENIED**.

Dated this 16th day of April, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge

---

[1] The Motion does raise objections to certain evidentiary rulings by the Court at the March 27, 2007 evidentiary hearing **(# 456)**, but offers no meaningful argument as to how the Court's rulings were in error, nor does it attach a transcript of that hearing to permit the Court to reconsider its evidentiary rulings. Accordingly, this portion of the motion is denied on its merits.