IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-02199-MSK-MEH

MICHAEL E. CLAWSON,
JARED L. DILLON,
THOMAS E. RICHARDS, and
JOHN R. BARTLETT,

    Plaintiffs,

v.

MOUNTAIN COAL COMPANY, L.L.C.,
ARCH WESTERN RESOURCES, L.L.C. a Delaware corporation, and
ARCH COAL, INC., a Delaware corporation,

    Defendants.

_____

## ORDER RELEASING EXHIBITS
_____

**THIS MATTER** comes before the Court *sua sponte*. At the conclusion of trial, the Court retained the original exhibits for the purpose of adjudicating post-trial matters. The case has now concluded, and the parties have filed cross-appeals. Because the parties are responsible for preparing the record on appeal, including the submission of original exhibits, the Court directs that, within 10 days of the date of this Order, the parties contact the Courtroom Deputy and arrange to retrieve the original exhibits. The parties shall be responsible to preserve the exhibits through the completion of all appellate proceedings.

    Dated this 15th day of January, 2008

                                               **BY THE COURT:**

                                               _____

                                               Marcia S. Krieger
                                               United States District Judge